672 A.2d 785

COMMONWEALTH of Pennsylvania, Respondent,

v.

Cornell SCHLEY, Petitioner.

Supreme Court of Pennsylvania.

March 20, 1996.

## ORDER

PER CURIAM:

AND NOW, this 20th day of March, 1996, the Petition for Allowance of Appeal is GRANTED. The case is remanded to the trial court for an evidentiary hearing to determine whether trial counsel had a reasonable basis for failing to cross-examine the victim as to her possible bias.

Jurisdiction is relinquished.